1   Steven G. Rosales
    Attorney at Law: 222224
2   Law Offices of Lawrence D. Rohlfing
    12631 East Imperial Highway, Suite C-115
3   Santa Fe Springs, CA 90670
    Tel.: (562)868-5886
4   Fax: (562)868-8868
    E-mail: rohlfing_office@speakeasy.net
5
    Attorneys for Plaintiff
6   Carolyn Allen

7

8                  **UNITED STATES DISTRICT COURT**
                   **CENTRAL DISTRICT OF CALIFORNIA**
9

10  CAROLYN ALLEN,                     )   Case No.: CV 09-07239 JCG
                                       )
11           Plaintiff,                )   ORDER AWARDING EQUAL
                                       )   ACCESS TO JUSTICE ACT
12       vs.                           )   ATTORNEY FEES AND EXPENSES
                                       )   PURSUANT TO 28 U.S.C. § 2412(d)
13  MICHAEL J. ASTRUE,                 )
    Commissioner of Social Security,   )
14                                     )
             Defendant                 )
15                                     )
                                       )
16

17       Based upon the parties' Stipulation for the Award and Payment of Equal

18  Access to Justice Act Fees, Costs, and Expenses:

19       IT IS ORDERED that fees and expenses in the amount of $3,700.00 as

20  authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

21  DATE:  December 14, 2010

22  _____
    THE HONORABLE JAY C. GANDHI
23  UNITED STATES MAGISTRATE JUDGE

24

25

26

                                      -1-

1   Respectfully submitted,

2   LAW OFFICES OF Lawrence D. Rohlfing

3        /s/ *Steven G. Rosales*
    _____
4   Steven G. Rosales
    Attorney for plaintiff Carolyn Allen
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26